**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DARRYL PATTON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSIE GASTELLO,<br><br>        Defendant. | No. CV 21-6634-JFW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, plaintiff's Objections to the Report and Recommendation (ECF Nos. 45, 46; see also ECF No. 47), and defendant's Response to the Objections (ECF No. 48).  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendant's Motion to Dismiss the First Amended Complaint for failure to state a claim (ECF No. 30) is **granted**.
3. The First Amended Complaint is dismissed with leave to amend.

4. If plaintiff still wishes to pursue this action, he is directed to file a Second Amended Complaint within thirty (30) days of the date of this Order Accepting Magistrate Judge's Report and Recommendation. The Second Amended Complaint must be complete in itself without reference to any prior complaint or any other documents, and cannot add any new claims or new defendants without obtaining prior leave of the Court.

5. Plaintiff is advised that failure to file a Second Amended Complaint within thirty (30) days of the date of this Order, or failure to correct the deficiencies described in the Report and Recommendation of United States Magistrate Judge, will result in the dismissal of this action for failure to prosecute and failure to comply with a Court Order under Rule 41(b) of the Federal Rules of Civil Procedure.

6. The clerk shall serve this Order on all counsel or parties of record.

DATED: February 10, 2023

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE