JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PATTON.<br><br>   Plaintiff,<br><br>   v.<br><br>DOE 1, Secretary of CDCR, et al.,<br><br>   Defendants. | Case No. CV 21-6634-JFW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Second Amended Complaint Without Prejudice for Failure to Obey Court Orders and Failure to State Any Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 28, 2023

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE